**Stephen TROLINGER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 104513**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 22, 2017

Maleaner R. Harvey, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Joshua D. Hawley, Attorney General, Robert J. Bartholomew, Jr., Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

## ORDER

Stephen Trolinger appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).